**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
MARCH 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1259

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LUCIA SANTORSOLA, Plaintiff,
v.
THE HOUSING AUTHORITY OF THE COUNTY OF COOK
and LEWIS A. JORDAN, individually and in his official capacity, Defendants

Case Number:

**JUDGE CASTILLO**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LUCIA SANTORSOLA, Plaintiff

| | |
|---|---|
| NAME (Type or print) Barry A. Gomberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| FIRM Barry A. Gomberg & Associates | |
| STREET ADDRESS 53 West Jackson Blvd., Suite 1350 | |
| CITY/STATE/ZIP Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (312) 922-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |