# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                           Case Number: 08CV1259

LUCIA SANTORSOLA
    v.
TH HOUSING AUTHORITY OF THE COUNTY
OF COOK and LEWIS A. JORDAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Housing Authority of the County of Cook and Lewis A. Jordon, Defendants.

| |
|---|
| NAME (Type or print)<br>Rena M. Honorow |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Rena M. Honorow |
| FIRM<br>Marc D. Sherman & Associates, P.C. |
| STREET ADDRESS<br>3700 W. Devon Avenue, Suite E |
| CITY/STATE/ZIP<br>Lincolnwood, Illinois 60712 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6225193 | TELEPHONE NUMBER<br>(847) 674-8756 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐