**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08CV1259 |
| LUCIA SANTORSOLA | |
| v. | |
| TH HOUSING AUTHORITY OF THE COUNTY | |
| OF COOK and LEWIS A. JORDAN | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Housing Authority of the County of Cook and Lewis A. Jordon, Defendants.

| |
|---|
| NAME (Type or print) <br> Marc D. Sherman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Marc D. Sherman |
| FIRM <br> Marc D. Sherman & Associates, P.C. |
| STREET ADDRESS <br> 3700 W. Devon Avenue, Suite E |
| CITY/STATE/ZIP <br> Lincolnwood, Illinois 60712 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6192538 | (847) 674-8756 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐