**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LUCIA SANTORSOLA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 08 C 1259** |
| | ) | |
| **v.** | ) | **Judge Castillo** |
| | ) | **Magistrate Judge Mason** |
| **THE HOUSING AUTHORITY** | ) | |
| **OF THE COUNTY OF COOK, and** | ) | |
| **LEWIS JORDAN, individually and in his** | ) | |
| **official capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT INITIAL STATUS REPORT

Now comes the Plaintiff, Lucia Santorsola, by and through her attorneys, Barry A. Gomberg & Associates, Ltd., and the Defendants, the Housing Authority of the County of Cook and Lewis Jordan, by and through their attorneys, Marc D, Sherman & Associates, PC, and hereby submit the following Joint Initial Status Report:

**A.      Nature of the Case**

Plaintiff has filed this cause of action based on her claims of race discrimination pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. and 42 U.S.C. § 1981.  Plaintiff also has filed this cause of action pursuant to 42 U.S.C. § 1983.

Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. § 1331 and 1343(4).

Plaintiff contends that she was discriminated against based on her race (Caucasian) by the actions of Lewis Jordan, the Executive Director (African-American).

Plaintiff contends that due to Defendants' discriminatory actions, she was constructively discharged in February 2007.

Defendant denies any wrongdoing.

Plaintiff has not yet fully calculated her damages. Damages include backpay, pain and suffering, punitive damages against Lewis Jordan in his individual capacity and attorneys' fees and costs.

All parties to this case have been served.

The major legal and factual issues are whether Defendants engaged in discriminatory conduct toward Plaintiff that violated Title VII, Section 1981 and whether Defendants acted under the color of state law in discriminating against Plaintiff pursuant to Section 1983.

**B.      Preparation of Draft Scheduling Order**

The parties propose the following discovery related deadlines:

Rule 26(a)(1) disclosures to be made by July 3, 2008.

Discovery cut-off set for November 19, 2008.

Dispositive Motions to be filed by January 15, 2009.

Filing of Pretrial Order and trial date to be scheduled for 2009 on dates deemed convenient for the Court and the parties.

**C.      Trial Status**

A jury trial has been requested.

The trial is expected to last 3-5 days.

**D.**     **Consent to Proceed Before a Magistrate Judge**

The parties do not consent at this time to proceed before a Magistrate Judge for all proceedings.

**E.**     **Settlement Status**

Pursuant to the Court's requirement, the parties have exchanged settlement figures that also contemplate a global settlement of a case pending between the parties in the Circuit Court of Cook County.   The parties have not reached an agreement on settlement.

Respectfully submitted.

LUCIA SANTORSOLA          HOUSING AUTHORITY OF COUNTY OF COOK

s/ Brian S. Schwartz                  s/ Rena M. Honorow

Barry A. Gomberg                      Marc D. Sherman
Brian S. Schwartz                     Rena M. Honorow
Barry A. Gomberg & Associates, Ltd.   Marc D. Sherman & Associates, PC
53 W. Jackson Blvd., Suite 1350       3700 W. Devon Ave., Suite E
Chicago, IL 60604                     Lincolnwood, IL 60712
(312) 922-0550                        (847) 674-8756