**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lucia Santorsola

                                         Plaintiff,

v.                                                       Case No.: 1:08–cv–01259
                                                           Honorable Ruben Castillo

Housing Authority of the County of Cook, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 6/19/2008. Some progress made toward settlement. Defendant is requested to make a revised settlement offer to plaintiff on or before 7/9/2008. The Court will hold a status hearing in open court on 7/16/2008 at 9:45 a.m. unless plaintiff's counsel notifies the Court that the parties have settled.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.