# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lucia Santorsola

          Plaintiff,

v.   Case No.: 1:08–cv–01259
    Honorable Ruben Castillo

Housing Authority of the County of Cook, et al.

          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: July 22, 2008

          /s/ Ruben Castillo

          United States District Judge