UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lucia Santorsola

          Plaintiff,

v.                Case No.: 1:08–cv–01259
                 Honorable Ruben Castillo

Housing Authority of the County of Cook, et al.

          Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

  MINUTE entry before the Honorable Michael T. Mason:Settlement Conference set for 7/31/2008 at 09:30 a.m. Parties are to strictly abide by this Court's Standing Order for Settlement Conference. Plaintiff's counsel to submit copies of both plaintiff's demand letter and defendant's response letter to chambers, room 2206 by 7/28/08.(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.