UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lucia Santorsola

                    Plaintiff,

v.                                             Case No.: 1:08−cv−01259
                                                                     Honorable Ruben Castillo

Housing Authority of the County of Cook, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Michael T. Mason: At the request of the parties, settlement conference set for 7/31/08 at 9:30 a.m. is hereby stricken. Parties are to confer with each other and contact the courtroom deputy (312) 435−6051 by 8/1/08 noon to re−schedule the conference.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.