# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lucia Santorsola

                                            Plaintiff,

v.                                                Case No.: 1:08–cv–01259
                                                           Honorable Ruben Castillo

Housing Authority of the County of Cook, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Settlement conference set for 8/7/08 is stricken as parties inform the court that this matter has been settled. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Judge Mason no longer referred to this case.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.