Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1259 | DATE | 8/14/2008 |
| CASE TITLE | Lucia Santorsola vs. The Housing Authority of the County of Cook | | |

**DOCKET ENTRY TEXT**

The Court has learned that this lawsuit has been settled, with thanks to Magistrate Judge Mason, this lawsuit is dismissed without prejudice subject to dismissal with prejudice upon the filing of the appropriate stipulation within 60 days. Enter order. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|