

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LUCIA SANTORSOLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 1259 |
| ) | |
| THE HOUSING AUTHORITY ) | Judge Castillo |
| OF THE COUNTY OF COOK, and ) | Magistrate Judge Mason |
| LEWIS JORDAN, individually and in ) | |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Court has learned that this lawsuit has been settled, with thanks to Magistrate Judge Mason, this lawsuit is dismissed without prejudice subject to dismissal with prejudice upon the filing of the appropriate stipulation within 60 days.

_____
RUBEN CASTILLO
U.S. District Judge

ENTERED:   August 14, 2008